John H. Wells v. John Parker.

*Attachment: Affidavit.* An affidavit for an attachment must comply substantially with the statute; if it fail to show that the debt is due " over and above all legal set offs," it is void.

*Heard and decided October 31.*

Error to Kalamazoo Circuit.

*May & Buck,* for plaintiff in error.

*H. F. Severens,* for defendant in error, was stopped by the court.

PER CURIAM.

The defense in the court below depended upon the writ of attachment.

An affidavit for an attachment must comply substantially with the statute. If it fails to show that the debt claimed is due "over and above all legal set offs," it is void.

Judgment affirmed.